IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02609-BNB

EFRIN HERNANDEZ,

    Applicant,

v.

CONTRACTOR, DEPARTMENT OF CORRECTIONS,
STATE OF COLORADO, DEPARTMENT OF CORRECTIONS,
ARISTEDES W. ZAVARAS, Executive Director, et al.,
PRIM [SIC] SUBCONTRACTOR, Corrections Corporation of America,
CROWLEY COUNTY CORRECTIONS FACILITY, and
WARDEN RICHARD SMELSER, et al.,

    Respondents.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC -7 2010

GREGORY C. LANGHAM
                    CLERK

---

## AMENDED ORDER OF DISMISSAL

---

Applicant Efrin Hernandez, initiated this action by filing *pro se* a document titled "Habeas Corpus."

In an order filed on October 26, 2010, Magistrate Judge Boyd N. Boland ordered Mr. Hernandez to cure certain enumerated deficiencies in this case within thirty days. Specifically, Mr. Hernandez was directed to submit a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 on the court-approved form, along with a certificate showing the current balance in his prison trust fund account, or to pay the $5.00 filing fee. Mr. Hernandez was further directed to submit an Application for a Writ of Habeas Corpus on the court-approved form. The October 26 Order warned Mr.

Hernandez that if he failed to cure the designated deficiencies within the time allowed, the action would be dismissed without further notice.

Mr. Hernandez has not filed a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 or paid the $5.00 filing fee. Mr. Hernandez has also failed to submit an Application for a Writ of Habeas Corpus on the court-approved form. Therefore, Mr. Hernandez has failed to cure the designated deficiencies within the time allowed. Accordingly, it is

ORDERED that the action be dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for the failure of Applicant, Efrin Hernandez, to comply with the order to cure dated October 26, 2010. It is

FURTHER ORDERED that no certificate of appealability will issue because Mr. Hernandez has not made a substantial showing of the denial of a constitutional right.

DATED at Denver, Colorado, this __7th__ day of ____December____, 2010.

BY THE COURT:

                          s/Lewis T. Babcock
                          LEWIS T. BABCOCK, JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.  10-cv-02609-LTB

Efrin Hernandez
Prisoner No. 114514
Crowley County Corr. Facility
6564 State Hwy. 96
Olney Springs, CO 81062-8700

    I hereby certify that I have mailed a copy of the **ORDER AND AMENDED JUDGMENT** to the above-named individuals on 12/7/10

GREGORY C. LANGHAM, CLERK

By: _____
           Deputy Clerk